IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JG TECHNOLOGIES LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:23-CV-00092-JRG-RSP |
| § | |
| THRUVISION LIMITED, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the FRCP 41(a)(1)(A)(i) Notice of Voluntary Dismissal (the "Notice") filed by JG Technologies LLC ("Plaintiff") and Thruvision Limited ("Defendant"). (Dkt. No. 6.) In the Notice, Plaintiff represents that the above-captioned case has been resolved and requests dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 21st day of April, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE